IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**RUSSELL K. HILL**                                                                                      **PETITIONER**

v.                                                                 No. 4:22-cv-00040-DMB-DAS

**WARDEN C. LODEN**                                                         **RESPONDENTS**

**ORDER**

Russell K. Hill has submitted a document that the court construes as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2241. The petitioner has not, however, used the court's standard form for such petitions. The court uses these forms for the expeditious administration of *habeas corpus* petitions. As such, the petitioner must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 22nd day of March, 2022.

                                                                              /s/ David A. Sanders
                                                                              UNITED STATES MAGISTRATE JUDGE