IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**RUSSELL K. HILL**     **PETITIONER**

**V.**     **NO. 4:22-CV-40-DMB-DAS**

**WARDEN C. LODEN**     **RESPONDENT**

## FINAL JUDGMENT

In accordance with the order entered June 29, 2022, Russell K. Hill's petition for a writ of habeas corpus is **DISMISSED without prejudice** for failure to prosecute and failure to comply with an order of the court.

**SO ORDERED**, this 1st day of July, 2022.

                                      **/s/Debra M. Brown**
                                      **UNITED STATES DISTRICT JUDGE**